

U. S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

July 12, 2010

Mr. Daniel Hubert Ross
7103 Tarquin Avenue
Temple Hills, MD  20748

      SUBJECT:  Firearm Denial Appeal Review
               National Instant Criminal Background
               Check System (NICS) Transaction
               Number (NTN)-1HJ1XMR

Dear Mr. Ross:

      The material you submitted is insufficient to authorize your eligibility to purchase or redeem a firearm. Please be advised that the North Carolina State record used in the evaluation of your transaction currently reveals one potentially prohibitive arrest record lacking required criteria (i.e., conviction, dismissal, deferred adjudication, crime classification status level, domestic relationship, etc.).

      By way of background, the NICS is a national system that interfaces with existing systems such as the National Crime Information Center (NCIC) and the Interstate Identification Index (III) to provide information on individuals who may be prohibited from the transfer of a firearm pursuant to either federal and/or state law.

      The FBI CJIS Division's NICS Section was unable to obtain complete disposition information for one arrest contained on the North Carolina State record that was used as the basis for your denial. Consequently, although the original prohibitive criteria have been resolved, potentially prohibitive criteria exist on that record. Therefore, unless the appropriate documentation is submitted and/or your record is updated, any future firearm transactions will be subject to a delay.

      Please be advised, unless the arrest record used in the evaluation of your transaction is removed from the state record and/or is updated by the submitting agency, future

Mr. Daniel Hubert Ross

transactions may continue to be delayed based upon a name match with an arrest record.  The name and location of the agency that holds this potentially prohibitive criteria is as follows:

>   North Carolina State Bureau of Investigation
>   3320 Garner Road
>   Raleigh, NC  27626

If you have any questions regarding this communication, you may contact the NICS Section's Customer Service at 1-877-FBI-NICS(324-6427).

>   NICS Section
>   CJIS Division